# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**GARY ALLEN GLIDDEN, #145432**                                           **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 1:09cv478-LG-RHW**

**LAWRENCE KELLY, Superintendent**
**and FLORENCE KELLY, Warden**                                            **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice for Petitioner's failure to exhaust his available state remedies.

**SO ORDERED AND ADJUDGED** this the 27th day of July, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE